In the Matter of NATIONAL COMMERCIAL BANK AND TRUST COMPANY, Respondent, v. EDWARD W. PATTISON, as Rensselaer County Treasurer, Respondent, and ROCCO FERRAN, Appellant. Judgment, Supreme Court, Rensselaer County, entered June 4, 1974, affirmed, without costs, on the opinion of Hughes, J., at Special Term. Staley, Jr., J. P., Sweeney, Kane, Main and Reynolds, JJ., concur.